| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number *(if known)*: 17-_____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Life Premium Fund, SPC

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __

☑ Other 187072 . Describe identifier Registration Number .

For individual debtors:

☐ Social Security number: xxx – xx– __ __ __ __

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Andrew Richard Victor Morrison and David Martin Griffin

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Fin. Servs. Div. of the Grand Ct. of Cayman Is., Cause No. FSD 3 of 2015 (AJJ)

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Life Premium Fund, SPC | Case number (if known) 17- |
|---|---|---|
| | Name | |

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

FTI Consulting, 53 Market Street, Suite 3212
Number    Street

P.O. Box 30613
P.O. Box

Camana Bay, Grand Cayman  KY1-1203
City         State/Province/Region   ZIP/Postal Code

Cayman Islands
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

FTI Consulting, 53 Market Street, Suite 3212
Number    Street

P.O. Box 30613
P.O. Box

Camana Bay, Grand Cayman  KY1-1203
City         State/Province/Region   ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website (URL)**   http://www.lpfliquidation.com/

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify: Cayman Islands Exempted Segregated Portfolio Company

☐ Individual

Debtor __Life Premium Fund, SPC__                            Case number (if known) 17-____
         Name

12. **Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: Debtor's assets are widely dispersed in the United States with no concentration in a particular district and no litigation pending; therefore, Foreign Representative selected this district where assets are located as a matter of efficacy and convenience.

13. **Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____        Andrew Richard Victor Morrison
Signature of foreign representative        Printed name

Executed on   07 / 10 / 2017
              MM / DD / YYYY

X _____        David Martin Griffin
Signature of foreign representative        Printed name

Executed on   07 / 10 / 2017
              MM / DD / YYYY

14. **Signature of attorney**

X _____        Date   07 / 10 / 2017
Signature of Attorney for foreign representative    MM / DD / YYYY

D. Farrington Yates
Printed name

Kobre & Kim LLP
Firm name

800 Third Avenue
Number     Street

New York                                NY         10022
City                                    State      ZIP Code

(212) 488-1200                          farrington.yates@kobrekim.com
Contact phone                           Email address

D48383                                  NY
Bar number                              State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3